LINDA L. NAIMI ET AL. *v.* R. DAVID STAMM*

The defendant's petition for certification for appeal from the Appellate Court (AC 16151) is granted, limited to the following issue:

"Whether the denial of a motion to dismiss based on absolute immunity is immediately appealable under the second prong of *State* v. *Curcio*, 191 Conn. 27, 30 (1983)?"

The Supreme Court docket number is SC 15592.

*Carolyn K. Querijero,* assistant attorney general, in support of the petition.

*Daniel S. Fabricant,* in opposition.

Decided January 8, 1997

ROBIN ZAKIA ELLIOTT *v.* JANET SICILLIA

ROBIN ZAKIA ELLIOTT *v.* RICHARD WHEELER ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court is dismissed.